
ORIGINAL

FILED

10/27/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0504

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0504

SANDRA JORGENSEN,

Plaintiff and Appellant,

v.

CRAZY CARLS, INC. d/b/a
AUTO RESOURCE,

Defendant and Appellee.

FILED

OCT 27 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Representing herself, Sandra Jorgensen petitions this Court for leave of an out-of-time appeal. Jorgensen states she filed a timely Notice of Appeal in the District Court, which she later realized was not "forwarded" to this Court. Jorgensen includes a copy of her Notice, filed with the Musselshell County District Court, bearing the filing date of August 3, 2020. Jorgensen includes many other arguments and briefly references issuance of a stay during the appeal.

We amend the caption to comport with the District Court's proceeding. M. R. App. P. 2(4).

M. R. App. P. 4(6) allows this Court to grant an out-of-time appeal "[i]n the infrequent harsh case and under extraordinary circumstances amounting to a gross miscarriage of justice[.]"

We requested a copy of the case register and judgment from the District Court. Jorgensen appeals a July 15, 2020 Order Granting Defendant's Motion for Summary Judgment. The underlying proceeding commenced upon Jorgensen's complaint for an injunction to forestall Defendant Crazy Carls, Inc., from repossessing a 2018 Jeep Grand Cherokee that Jorgensen purchased in February 2020. This judgment is appealable pursuant to M. R. App. P. 6(3)(e) and 6(5)(b). The case register reflects that Jorgensen

filed a Notice of Appeal with the District Court on August 3, 2020. Jorgensen attempted a timely appeal of this decision albeit via an incorrect method. We observe that while Jorgensen did not file a verified petition or provide a copy of the final judgment, we nevertheless conclude that her appeal should proceed. Therefore,

IT IS ORDERED that Jorgensen's Petition for an Out-of-Time Appeal is GRANTED and that Jorgensen shall prepare, serve, and file a Notice of Appeal on or before Wednesday, November 25, 2020. Failure to do so will result in dismissal of this appeal.

IT IS FURTHER ORDERED that Jorgensen's request for a writ of injunction is DENIED. Requests for a stay pending appeal is properly directed to the District Court. M. R. App. P. 22.

The Clerk of the Supreme Court is directed to provide a copy of this Order to counsel of record and to Sandra Jorgensen along with a copy of this Court's Civil Appellate Handbook.

DATED this 27th day of October, 2020.

_____
Chief Justice

_____

_____

_____

_____
Justices

2